UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA FAYE CORNELL,

  Plaintiff,

v.

                Case No. 09-11940

COMMISSIONER OF SOCIAL     Honorable Patrick J. Duggan
SECURITY,

  Defendant.
_____/

## **OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on June 2, 2010.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
        U.S. DISTRICT COURT JUDGE

On May 20, 2009, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Social Security Disability Insurance Benefits. On October 6, 2009, Plaintiff filed a motion for summary judgment. On November 19, 2009, Defendant filed a motion for summary judgment. This Court referred both motions to Magistrate Judge Virginia M. Morgan.

On April 15, 2010, Magistrate Judge Morgan filed her Report and Recommendation (R&R) recommending that this Court deny Plaintiff's motion for summary judgment and grant Defendant's motion. At the conclusion of the R&R, Magistrate Judge Morgan advises the parties that they may object and seek review of the

R&R within fourteen days of service upon them. (R&R at 18.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*. (citations omitted).) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morgan. Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is **GRANTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
AUSA Theresa Urbanic
Magistrate Judge Virginia M. Morgan