UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA FAYE CORNELL,

    Plaintiff,

v.

                                          Case No. 09-11940

COMMISSIONER OF SOCIAL         Honorable Patrick J. Duggan
SECURITY,

    Defendant.
                                  /

## JUDGMENT

On May 20, 2009, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Social Security Disability Insurance Benefits. The parties subsequently filed cross-motions for summary judgment and, in an Opinion and Order issued on this date, the Court granted Defendant's motion and denied Plaintiff's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: June 2, 2010               s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
AUSA Theresa Urbanic
Magistrate Judge Virginia M. Morgan